CO-386
10/2018

# United States District Court
# For the District of Columbia

**Legal Eagle, LLC**  )
                      )
                      )
                      )
                      )
              vs      )   Plaintiff   )   Civil Action No. __1:25-cv-02809__
                      )
**DOJ**               )
                      )
                      )
              Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Legal Eagle, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Legal Eagle, LLC__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____[signature]_____
Signature

__984704_____
BAR IDENTIFICATION NO.

Kelly McClanahan
Print Name

1451 Rockville Pike, Suite 250
Address

Rockville       MD        20852
City            State     Zip Code

501-301-4672
Phone Number