UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGLE EAGLE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 25-2809 (TJK) |

## ANSWER

Defendant, the United States Department of Justice ("Department"), by undersigned counsel, respectfully submits this Answer to the Complaint filed by Legal Eagle LLC ("Plaintiff"). This case arises under the Freedom of Information Act ("FOIA"). Defendant denies all allegations in the Complaint, including the relief sought, except as specifically admitted in this Answer. Moreover, to the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, such references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiffs; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.

## JURISDICTION [1]

1.    This paragraph contains conclusions of law, not allegations of fact, to which no

---

[1]    For ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

response is required. To the extent a response is deemed necessary, Defendant admits that the Court has jurisdiction over cases involving proper FOIA requests.

## VENUE

2.  This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is deemed necessary, Defendant admits only that this Court has jurisdiction subject to the terms and limitations of FOIA.

## PLAINTIFF

3.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4.  Defendant admits that it is an "agency" within the meaning of 5 U.S.C. § 552(f)(1). The remaining portion of this paragraph contains Plaintiff's characterization of this action, not allegations of fact, to which no response is required. To the extent a response is deemed necessary, Defendant denies.

5.  Defendant admits that the Executive Office for United States Attorneys ("EOUSA") and the Office of Information Policy ("OIP") are components of the Department of Justice.

## BACKGROUND

6.  This paragraph consists of Plaintiff's characterization of the lawsuit, to which no response is required. To the extent a response is deemed required, Defendant denies.

7.  This paragraph consists of Plaintiff's characterization of the lawsuit, to which no response is required. To the extent a response is deemed required, Defendant denies.

8.  This paragraph consists of Plaintiff's characterization of the lawsuit, to which no response is required. To the extent a response is deemed required, Defendant denies.

9. This paragraph consists of Plaintiff's characterization of the lawsuit, to which no response is required. To the extent a response is deemed required, Defendant denies.

10. This paragraph consists of Plaintiff's characterization of the lawsuit, to which no response is required. To the extent a response is deemed required, Defendant denies.

## CAUSE OF ACTION

### (EOUSA – RECORDS DENIAL – EOUSA-2021-002318)

11. Defendant incorporates its responses to paragraphs 1-10 above as if set forth fully herein.

12. Defendant admits receiving, on or about June 18, 2025, Plaintiff's FOIA request. Defendant respectfully refers the Court to the referenced request (*See* Compl. Ex. 1-1) and denies any allegation inconsistent with the request's plain language, meaning, or context.

13. Defendant admits that the Plaintiff requested public interest fee waiver. Defendant respectfully refers the Court to the referenced request (*See* Compl. Ex. 1-1) and denies any allegation inconsistent with the request's plain language, meaning, or context.

14. Defendant admits that EOUSA sent the Plaintiff an acknowledgement letter on June 18, 2021, and assigned tracking number EOUSA-2021-002318. Defendant respectfully refers the Court to the referenced acknowledgment correspondence (*See* Compl. Ex. 1-2).

15. This paragraph contains conclusions of law, not allegations of fact, to which no response is required. Defendant responded to the Plaintiff's FOIA request via email on July 6, 2021 with a categorical denial of records pursuant to FOIA Exemption (b)(6) and (b)(7)(c). By way of further answer, Defendant respectfully refers the Court for a complete and accurate statement to the referenced FOIA response (*See* Compl. Ex. 1-3).

16.    Defendant admits the Plaintiff sent an appeal to OIP on July 12, 2021. Defendant respectfully refers the Court to the referenced request (*See* Compl. Ex. 1-4) and denies any allegation inconsistent with the request's plain language, meaning, or context.

17.    Defendant admits that OIP sent the Plaintiff an acknowledgement letter on July 12, 2021, and assigned tracking number A-2021-02341.

18.    Defendant admits that OIP sent the Plaintiff the denial response letter on January 13, 2022. Defendant respectfully refers the Court to the referenced acknowledgment correspondence (*See* Compl. Ex. 1-5).

19.    This paragraph consists of conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies.

20.    This paragraph consists of conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies.

## PRAYER FOR RELIEF

This paragraph contains Plaintiff's request for relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

Defendant alleges the following additional defenses to the Complaint. In asserting these defenses, Defendant does not assume the burden to establish any fact or proposition where that burden is properly imposed upon Plaintiff.

1.    Plaintiff is not entitled to compel production of any records that FOIA or another federal law exempts from disclosure.

2. Plaintiff is neither eligible for nor entitled to attorney's fees under 5 U.S.C. § 552(a)(4)(E).

3. Some or all of the requested documents, or portions thereof, may be exempt from disclosure. 5 U.S.C. § 552(b).

4. The complaint purports to impose obligations on Defendant that exceed those imposed by the FOIA.

5. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to it through the course of litigation.

Dated: November 28, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ Brenda Gonzalez Horowitz
BRENDA GONZALEZ HOROWITZ,
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States of America*