UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 25-2809 (TJK) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

  The Clerk of the Court will please substitute the appearance of Assistant United States Attorney Benjamin H. Zieman for the appearance of Assistant United States Attorney Brenda González Horowitz as counsel for Defendant in the above-captioned case.

Dated: December 9, 2025           Respectfully submitted,
    Washington, D.C.

              By: /s/ Benjamin H. Zieman
                 Benjamin H. Zieman
                 Assistant United States Attorney
                 601 D Street N.W.
                 Washington, D.C. 20530
                 202-252-2540
                 Benjamin.Zieman@usdoj.gov

                 *Attorney for the United States of America*