UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>                Defendant. | Civil Action No. 25-2809 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 17, 2025, Minute Order, Defendant Department of Justice ("DOJ") and Plaintiff Legal Eagle, LLC, by and through undersigned counsel, hereby submit this initial joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. <u>Background:</u> This case arises out of FOIA requests that Plaintiff submitted to two DOJ components: the Executive Office for United States Attorneys ("EOUSA") and the Civil Division ("DOJ Civil"). On June 17, 2021, Plaintiff submitted a FOIA request to EOUSA and submitted a copy of that request to DOJ Civil. On October 17, 2025, Plaintiff contacted EOUSA and requested expedited processing of its 2021 FOIA request. Each request sought "any records shared with" former National Security Advisor John Bolton (or his representative) "during discovery" in *United States v. Bolton*, Civ. A. No. 20-1580 (D.D.C.). Plaintiff filed suit on August 22, 2025, followed by an amended complaint on December 1, 2025. *See* ECF Nos. 1, 8. Defendant answered the amended complaint on December 15, 2025. *See* ECF No. 10.

2. <u>Status of Plaintiff's FOIA requests:</u> On January 5, 2026, DOJ Civil sent Plaintiff a final response to its June 2021 FOIA request which said, in relevant part: "Please be advised that

1

this office inquired with the Civil Division's Federal Programs Branch, and no records responsive to your request were located. For your awareness, there were no documents shared with Bolton or his representative during discovery."[1]  On January 7, 2026, EOUSA sent Plaintiff a final response to its June 2021 FOIA request which said, in relevant part: "A search for records located in EOUSA has revealed no responsive records regarding the above subject."

3. <u>Proposed Next Steps:</u> Considering the above, the parties will meet and confer to determine whether they can resolve this action without the need for further judicial intervention. Alternatively, the parties will propose a schedule for further proceedings.

Dated: January 7, 2026
       Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

<u>/s/ Kelly B. McClanahan</u>
Kelly B. McClanahan, Esq.
DC Bar # 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 (fax)
Kel@NationalSecurityLaw.org

*Counsel for the Plaintiff*

By:  <u>/s/ Benjamin H. Zieman</u>
     Benjamin H. Zieman
     Assistant United States Attorney
     601 D Street N.W.
     Washington, D.C. 20530
     202-252-2540

*Attorneys for the United States of America*

---

[1] The parties in *Bolton* filed a stipulation of dismissal with prejudice on June 16, 2021, two days before the meet-and-confer plan was due.  *See* Civ. A. No. 20-1580, Dkt. Nos. 71-72.