UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>                  Defendant. | Civil Action No. 25-2809 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 8, 2026, Minute Order, Defendant Department of Justice ("DOJ") and Plaintiff Legal Eagle, LLC, by and through undersigned counsel, hereby submit this initial joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.      Background: This case arises out of FOIA requests that Plaintiff submitted to the Executive Office for United States Attorneys ("EOUSA") and the Civil Division ("DOJ Civil") seeking "any records shared with" former National Security Advisor John Bolton (or his representative) "during discovery" in *United States v. Bolton*, Civ. A. No. 20-1580 (D.D.C.). Plaintiff filed suit on August 22, 2025, followed by an amended complaint on December 1, 2025. *See* ECF Nos. 1, 8. Defendant answered on December 15, 2025. *See* ECF No. 10.

2.      Status of Plaintiff's FOIA requests: On January 7, 2026, the parties informed the Court of DOJ Civil's determination that no responsive records had been located because "there were no documents shared with Bolton or his representative during discovery," as well as EOUSA's determination that "[a] search for records located in EOUSA has revealed no responsive records regarding the above subject." Since then, the parties have met and conferred regarding

EOUSA's response.  Plaintiff reports that it is satisfied with Defendant's contentions regarding the lack of responsive records and intends to provide Defendant with a fee request and to dismiss the complaint.

3. <u>Proposed Next Steps:</u> Considering the above, the parties propose filing another joint status report in approximately 30 days, on or before April 9, 2026, to allow Plaintiff to submit a fee request and Defendant to consider it, and for the parties to meet and confer regarding potential resolution of this action without further judicial intervention.  Alternatively, the parties will propose a schedule for further proceedings.

Dated: March 9, 2026
       Washington, D.C.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
DC Bar # 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 (fax)
Kel@NationalSecurityLaw.org

*Counsel for the Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Benjamin H. Zieman
      Benjamin H. Zieman
      Assistant United States Attorney
      601 D Street N.W.
      Washington, D.C. 20530
      202-252-2540

*Attorneys for the United States of America*