UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEGAL EAGLE, LLC,

         Plaintiff,

    v.

DEPARTMENT OF JUSTICE,

         Defendant.

Civil Action No. 25-2809 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's March 10, 2026, Minute Order, Defendant Department of Justice ("DOJ") and Plaintiff Legal Eagle, LLC, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

On March 9, 2026, the parties reported that Plaintiff is satisfied with Defendant's contentions regarding the lack of responsive records and would provide Defendant with a fee request and to dismiss the complaint. *See* ECF No. 12. Accordingly, the parties advised that additional time was necessary for Plaintiff to submit a fee request, for Defendant to consider that request, and for the parties to meet and confer regarding potential resolution of this action without further judicial intervention. *See id*. On March 10, 2026, the Court directed the parties to file a joint status report by today's date. *See* Min. Order dated Mar. 10, 2026.

After meeting and conferring, the parties report that Plaintiff has provided Defendant with a fee request and a brief explanation of why it believes it is eligible for attorneys' fees. Defendant has reviewed the request and explanation and informed Plaintiff that it is "not yet convinced" that Plaintiff can satisfy the governing standards for eligibility or entitlement. Defendant invited

1

Plaintiff to provide a more detailed explanation, but Plaintiff responded that it is no longer interested in negotiating and instead intends to file a fee petition by May 15, 2026.

Considering the above, Defendant proposes filing another joint status report in approximately 30 days, on or before May 9, 2026, so the parties can attempt to meet and confer regarding potential resolution of this action without further judicial intervention.    Plaintiff maintains that further delay would be unwarranted and wasteful given Defendant's position and intends to file its fee petition on or before May 15, 2026, absent a unilateral change of Defendant's position.

Dated: April 9, 2026
       Washington, D.C.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
DC Bar # 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 (fax)
Kel@NationalSecurityLaw.org

*Counsel for the Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/ Benjamin H. Zieman
       Benjamin H. Zieman
       Assistant United States Attorney
       601 D Street N.W.
       Washington, D.C. 20530
       202-252-2540
       benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*