UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEGAL EAGLE, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　Defendant. | Civil Action No. 25-2809 (TJK) |

## **JOINT STATUS REPORT**

Pursuant to the Court's March 10, 2026, Minute Order, Defendant Department of Justice ("DOJ") and Plaintiff Legal Eagle, LLC, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

On April 9, 2026, the parties reported that Plaintiff had provided Defendant with a fee request but that they did not agree on eligibility or entitlement.  As a result, the Court directed the parties to file another joint status report by today's date proposing, if necessary, a briefing schedule on Plaintiff's fee request.  *See* Min. Order dated Apr. 13, 2026.

After meeting and conferring, the parties now report that they are continuing to confer in good faith regarding Plaintiff's fee request and believe that additional time may allow them to resolve the issue without further judicial intervention.

Considering the above, the parties propose filing another joint status report in approximately two (2) weeks, on or before May 26, 2026, to allow the parties to continue their negotiations regarding potential resolution of this action without further judicial intervention.

1

2

Dated: May 11, 2026
      Washington, D.C.


/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
DC Bar # 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 (fax)
Kel@NationalSecurityLaw.org

*Counsel for the Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Benjamin H. Zieman
      Benjamin H. Zieman
      Assistant United States Attorney
      601 D Street N.W.
      Washington, D.C. 20530
      202-252-2540
      benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*