UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEGAL EAGLE, LLC,

                    Plaintiff,

     v.                                                      Civil Action No. 25-2809 (TJK)

DEPARTMENT OF JUSTICE,

                    Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's May 12, 2026, Minute Order, Defendant Department of Justice ("DOJ") and Plaintiff Legal Eagle, LLC, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

On May 11, 2026, the parties reported that they were continuing to confer in good faith regarding Plaintiff's fee request and requested additional time in order allow them to resolve the issue without further judicial intervention.  The parties now report that this case is settled. The parties are currently resolving the terms of the settlement and require additional time to do so. Accordingly, the parties propose filing another joint status report in approximately 30 days, on or before June 25, 2026, to allow the parties to finalize the settlement terms.

[signatures on next page]

1

Dated: May 26, 2026
      Washington, D.C.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
DC Bar # 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 (fax)
Kel@NationalSecurityLaw.org

*Counsel for the Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Benjamin H. Zieman
      Benjamin H. Zieman
      Assistant United States Attorney
      601 D Street N.W.
      Washington, D.C. 20530
      202-252-2540
      benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*

1