UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEGAL EAGLE, LLC,

                    Plaintiff,

   v.

DEPARTMENT OF JUSTICE,

                    Defendant.

Civil Action No. 25-2809 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's May 28, 2026, Minute Order, Defendant Department of Justice ("DOJ") and Plaintiff Legal Eagle, LLC, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The parties report that this case has settled and that they are waiting for the settlement fund transfer to be completed before filing a stipulation of dismissal with prejudice. Accordingly, the parties propose filing another joint status report in approximately 30 days, on or before July 27, 2026, if a stipulation of dismissal is not filed before then.

Dated: June 25, 2026
       Washington, D.C.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
DC Bar # 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 (fax)
Kel@NationalSecurityLaw.org

*Counsel for the Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Benjamin H. Zieman
       Benjamin H. Zieman
       Assistant United States Attorney
       601 D Street N.W.
       Washington, D.C. 20530
       202-252-2540
       benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*

1