UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>     Defendant. | Civil Action No. 25-2809 (TJK) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

JEANINE FERRIS PIRRO
United States Attorney

/By Permission/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
DC Bar # 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 (fax)
Kel@NationalSecurityLaw.org

*Counsel for the Plaintiff*

By:   /s/ Benjamin H. Zieman
      Benjamin H. Zieman
      Assistant United States Attorney
      601 D Street N.W.
      Washington, D.C. 20530
      202-252-2540
      benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*